Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of WILLIAM KRYSKO, Respondent, against FRANK GERBINI et al., Doing Business as City House Wreckers, et al., Appellants. STATE INDUSTRIAL BOARD et al., Respondents. In the Matter of the Claim of JOHN BROWN, Respondent, against FRANK GERBINI et al., Doing Business as City House Wreckers, et al., Appellants. STATE INDUSTRIAL BOARD et al., Respondents.—

Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of GEORGE M. CHALMERS, Respondent, against F. M. CASE et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

— Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of ROSARIO CASSARINO, Respondent, against A. W. HOPEMAN & SONS COMPANY et al., Appellants. STATE INDUSTRIAL BOARD et al., Respondents.—

Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.